IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT O. COOPER,

        Plaintiff,

  v.

SAN FRANCISCO COUNTY SHERIFF, et al.,

        Defendants.
                              /

No. CV-07-3839 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

     **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: February 14, 2008                              Richard W. Wieking, Clerk

                                                                       By: Tracy Lucero
                                                                       Deputy Clerk